# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:16-cv-328

| | |
|---|---|
| LISA HANSON, Individually, and as Executrix of the Estate of DELMONT D. HANSON, Deceased, and TONY HANSON, <br><br> Plaintiffs, <br><br> vs. <br><br> 3M COMPANY, a/k/a Minnesota Mining & Manufacturing Company, et al., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on Christopher B. Major's Application for Admission to Practice *Pro Hac Vice* of Scott E. Frick. It appearing that Scott E. Frick is a member in good standing with the South Carolina State Bar and will be appearing with Christopher B. Major, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Christopher B. Major's Application for Admission to Practice Pro Hac Vice (#24) of Scott E. Frick is **GRANTED**

and that Scott E. Frick is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Christopher B. Major.

Signed: November 3, 2016

Dennis L. Howell
United States Magistrate Judge