# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-328

| | |
|---|---|
| LISA HANSON, Individually, and as Executrix of the Estate of DELMONT D. HANSON, Deceased, and TONY HANSON, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>3M COMPANY, a/k/a Minnesota Mining & Manufacturing Company, et al., )<br><br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court on William M. Graham's Application for Admission to Practice *Pro Hac Vice* of Sabrina G. Stone. It appearing that Sabrina G. Stone is a member in good standing with the Texas State Bar and will be appearing with William M. Graham, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that William M. Graham's Application for Admission to Practice Pro Hac Vice (#42) of Sabrina G. Stone is

**GRANTED**, and that Sabrina G. Stone is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with William M. Graham.

Signed: December 9, 2016

Dennis L. Howell
United States Magistrate Judge