## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16-cv-328

| | |
|---|---|
| LISA HANSON, Individually, and as Executrix of the Estate of DELMONT D. HANSON, Deceased, and TONY HANSON, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>3M COMPANY, a/k/a Minnesota Mining & Manufacturing Company, et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the undersigned pursuant to an Application for Admission to Practice Pro Hac Vice (#68), which is governed under LCvR 83.1. In the application, Eric T. Hawkins states that he is a member in good standing of the bar of this Court and he is moving for the admission pro hac vice of H. Lane Young, II of Atlanta, Georgia. However, the application does not contain the telephone number or email address which is required under our Local Rules. For that reason, the application for admission will be denied without prejudice. Mr. Hawkins will be allowed by the Court to file an amended application for admission which contains the telephone number and email address of H. Lane Young.

# ORDER

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#68) is **DENIED** without prejudice.

Signed: January 31, 2017

Dennis L. Howell
United States Magistrate Judge