THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00328-MR-DLH

| | |
|---|---|
| LISA HANSON, as Executrix of the Estate of DELMONT D. HANSON, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Tile Council of North America, Inc.'s Rule 12(b)(2) Motion to Dismiss [Doc. 69] and the parties' Joint Motion to Dismiss [Doc. 75].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss [Doc. 75] is **GRANTED**, and all claims by the Plaintiffs against Defendant Tile Council of North America, Inc. are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS FURTHER ORDERED** that the Defendant Tile Council of North America, Inc.'s Rule 12(b)(2) Motion to Dismiss [Doc. 69] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 3, 2017

Martin Reidinger
United States District Judge