THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00328-MR-DLH

| | |
|---|---|
| LISA HANSON, as Executrix of the Estate of DELMONT D. HANSON, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Joint Motion for Dismissal of Warren Pumps, LLC [Doc. 89].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Dismissal [Doc. 89] is **GRANTED**, and all claims by the Plaintiffs against Defendant Warren Pumps, LLC are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS SO ORDERED.**   Signed: March 12, 2018

Martin Reidinger
United States District Judge