# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:16-cv-00328-MR-DLH

| | |
|---|---|
| LISA HANSON, as Executrix of the Estate of DELMONT D. HANSON, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) ) |
| 3M COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant American Biltrite, Inc. without Prejudice [Doc. 88].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss [Doc. 88] is **GRANTED**, and all claims by the Plaintiffs against Defendant American Biltrite, Inc. are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: March 12, 2018

Martin Reidinger
United States District Judge