THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00328-MR-DLH

| | |
|---|---|
| LISA HANSON, as Executrix of the Estate of DELMONT D. HANSON, Deceased, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) ) | **O R D E R** |
| 3M COMPANY, et al., ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant Cyprus Amax Minerals Company without Prejudice [Doc. 92].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss [Doc. 92] is **GRANTED**, and all claims by the Plaintiffs against Defendant Cyprus Amax Minerals Company are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: April 9, 2018

Martin Reidinger
United States District Judge