THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00328-MR-DLH

| | |
|---|---|
| LISA HANSON, as Executrix of the Estate of DELMONT D. HANSON, Deceased, ) ) ) ) Plaintiffs, ) ) vs. ) ) ) 3M COMPANY, et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant Domco Products Texas Inc. without Prejudice [Doc. 93].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss [Doc. 93] is **GRANTED**, and all claims by the Plaintiffs against Defendant Domco Products Texas Inc. are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: April 9, 2018

Martin Reidinger
United States District Judge