THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00328-MR-DLH

LISA HANSON, as Executrix of the )
Estate of DELMONT D. HANSON, )
Deceased, )
 )
             Plaintiff, )
 )
vs. )    <u>O R D E R</u>
 )
 )
3M COMPANY, et al., )
 )
             Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 98].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss [Doc. 98] is **GRANTED**, and all claims by the Plaintiffs against Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: August 27, 2018

Martin Reidinger
United States District Judge